No. 85–5496. TUCKER *v.* KEMP, WARDEN. C. A. 11th Cir. Motions of National Legal Aid and Defender Association et al. and Vivian O. Berger et al. for leave to file briefs as *amici curiae*

granted. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Caldwell* v. *Mississippi*, 472 U. S. 320 (1985). 